949 So.2d 429 (2007)
Dronzy LINNEAR and Charles Linnear
v.
CENTERPOINT ENERGY ENTEX/RELIANT ENERGY and Insurer, Jointly and Insolido.
No. 2006-C-3030.
Supreme Court of Louisiana.
March 9, 2007.
In re Centerpoint Energy et al.; Centerpoint Energy ARKLA a division of Centerpoint Energy Resources Corp.;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Caddo, 1st Judicial District Court Div. A, No. 474,382; to the Court of Appeal, Second Circuit, No. 41,171-CA.
Granted.